# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **3:18-CR-35** |
| | : | |
| **v.** | : | |
| | : | **(JUDGE MANNION)** |
| **HARVEY SHANER,** | : | |
| **Defendant** | : | |

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS**

**HEREBY ORDERED THAT:**

1. defendant Shaner's motion to dismiss the indictment for violation of his rights under the STA, pursuant to 18 U.S.C. §3162(a)(2), **(Doc. 54)**, is **DENIED**.

2. The defendant's final pre-trial conference and trial will be scheduled by separate Order.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated: November 13, 2020**
18-35-01-ORDER